DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
HOOTAN BAIGMOHAMMADI
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
James L. Wiggins


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-MJ-0130-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date:  June 28, 2010 |
| James L. Wiggins, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for James L. Wiggins, that the Court vacate the court trial set for June 28, 2010 at 10:00 a.m. We respectfully request the court continue the trial to July 19, 2010 at 10:00 a.m.

   The parties request the continuance because the defense requires

1   more time to investigate, prepare, and possibly negotiate a resolution.

3   Dated: June 24, 2010

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Lauren Cusick*
                                          LAUREN CUSICK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JAMES L. WIGGINS

11  Dated: June 24, 2010                  BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Lauren Cusick for*
                                          MATTHEW C. STEGMAN
                                          Assistant United States Attorney

**O R D E R**

The Court orders the trial continued to July 19, 2010, at 10:00 a.m., before the Hon. Kimberly J. Mueller.

IT IS SO ORDERED.

Dated: June 24, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order                -2-