```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
Designated Counsel for Service
HOOTAN BAIGMOHAMMADI
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES L. WIGGINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES L. WIGGINS,<br><br>　　　　Defendant.<br>_____ | MAG. 2:10-mj-130 KJM<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 19, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, JAMES L. WIGGINS, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for Monday, July 19, 2010, be vacated and set for change of plea and sentencing on Thursday, August 5, 2010 at 10:00 a.m.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: July 13, 2010 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Lauren D. Cusick<br>LAUREN D. CUSICK<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JAMES L. WIGGINS |

DATED: July 13, 2010     BENJAMIN B. WAGNER
                         United States Attorney

                         /s/ Matthew Stegman
                         MATTHEW STEGMAN
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED:  July 14, 2010.

_____
U.S. MAGISTRATE JUDGE