

FILED
JUL 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID STEVENS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-mj-00130-DAD (TEMP) |
|---|---|
| Plaintiff, | ) PROBATION REVOCATION PETITION, NOTICE OF HEARING and |
| v. | ) and [~~PROPOSED~~] ORDER |
| JAMES L. WIGGINS, | ) DATE: August 2, 2011 |
|  | ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Dale A. Drozd |

On August 5, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kimberly J. Mueller:

1. The defendant shall serve a one-year term of Court probation, subject to the following terms:

    a. The defendant shall pay a $350.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving When Privilege Suspended and Revoked for Failure to Appear;

    b. The defendant shall begin payments immediately.

1

1     The United States alleges that the defendant has violated
2 these conditions as follows:
3         1.    The defendant has not paid the fine or special
4         assessment for Count One.
5     The United States therefore petitions the Court to add this
6 matter on its August 2, 2011, calendar for a probation revocation
7 hearing to allow the defendant to show cause why the probation
8 granted on August 5, 2010, should not be revoked.
9     I declare under penalty of perjury that the foregoing is
10 true and correct to the best of my knowledge.
11 DATED: July 19, 2011         Respectfully submitted,
12                                    BENJAMIN B. WAGNER
                                   United States Attorney
13
14                               /s/ David Stevens
                              DAVID STEVENS
15                              Special Assistant U.S. Attorney
16
17
18                      [~~PROPOSED~~] ORDER
19     It is Hereby Ordered that the defendant appear on August 2,
20 2011, at 10:00 a.m. to show cause why the probation granted on
21 August 5, 2010, should not be revoked.
22     IT IS SO ORDERED.
23 Dated: July 20, 2011
24                               /s/ Dale A. Drozd
25                              Hon. DALE A. DROZD
                              United States Magistrate Judge
26
27
28